# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-318

_____

SIMON A. SANCHEZ,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.

October 17, 2019

PER CURIAM.

The petition for writ of habeas corpus is dismissed as unauthorized. *See Baker v. State*, 878 So. 2d 1236 (Fla. 2004). Moreover, the issue raised in the petition is meritless. *See* § 775.084(2), Fla. Stat. (2008) ("For purposes of this section, the placing of a person on probation or community control without an adjudication of guilt shall be treated as a prior conviction.").

DISMISSED.

B.L. THOMAS, BILBREY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Simon A. Sanchez, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.